JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RESMAC, INC.,

     Plaintiff,

v.

OAKTREE FUNDING CORP.,

     Defendant.

Case No. 2:25-CV-10930-SB-PD

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, Plaintiff ResMac, Inc.'s claims are dismissed. The claims under the Racketeer Influenced and Corrupt Organizations Act are dismissed with prejudice for failure to state a claim. Having dismissed the sole claims over which it has original jurisdiction, the Court declines to exercise supplemental jurisdiction over the remaining state-law claims, which are dismissed without prejudice.

This is a final judgment.

Date: May 26, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge

1